Law Offices of Marta M. Guzmán
Marta M. Guzmán, SBN 182754
3065 Guido Street
Oakland, CA 94602
510.531.0453 (Telephone & Fax)

Attorneys for Debtor,
LINDA MARIE JONES-MIXON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Case No. **10-46398** |
|---|---|
| **LINDA MARIE JONES-MIXON,** SSN ###-##-9172　　　　　　Debtor. | Chapter 13 *AMENDED* OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING CLAIMANT:　AMERICAN TAX FUNDING, LLC CLAIM NO:　10-1 |

　　　Debtor Linda Marie Jones-Mixon (hereinafter "debtor") objects to the allowance of the claim of American Tax Funding ("ATF"), Claim No. 10-1, filed on February 10, 2012. The basis for the objection is that this claim was filed after the claims bar date.

　　　Debtor requests that ATF's claim in the amount of $3,384.25 not be an allowed claim and that all monies owed ATF be paid directly by debtor after the close of debtor's Chapter 13 case.

　　　NOTICE IS HEREBY GIVEN, pursuant to FRBP 3007 as modified by Local Rule 9014: 1) that any objection to the requested relief, or a request for hearing on the matter must be filed and served on the requesting party within twenty–one (21) days of mailing of the notice; 2) that a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position; 3) that if there is not a timely

objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and 4) that the initiating party will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated:  May 9, 2012          LAW OFFICES OF MARTA M. GUZMÁN

                             By:      _____*Marta M. Guzmán*_____ .
                                      MARTA M. GUZMÁN
                                      **Attorney for Debtor, Linda Marie Jones-Mixon**